**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| SIMONE GRABOSKIE, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **1:25-cv-00876-ADA-DH** |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| *Defendant.* | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin M. Howell. Dkt. 11. The report and recommendation addressed Plaintiff Simone Graboskie's opening brief and Defendant Commissioner of Social Security's brief. The report recommended that the undersigned VACATE the decision of the Social Security Commissioner in Graboskie's case and REMAND this case for further proceedings. Judge Howell issued the report and recommendation on February 20, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Howell's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 11) is **ADOPTED**. The Social Security Commissioner's decision is **VACATED.** This case is **REMANDED** for further proceedings consistent with this opinion.

**SIGNED** on March 20, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE